# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-24-00529-CV

**Alexander B. Backus, as Trustee of The Backus Revocable Trust; Dr. Christopher Hall; Leah Hall; John F. Darmanin as Trustee of The John F. Darmanin and Linda M. Darmanin Family Trust; Linda M. Darmanin as Trustee of The John F. Darmanin and Linda M. Darmanin Family Trust; and Dr. Darryl B. Thomas, Appellants**

**v.**

**The Courtyard Homeowners Association, Inc., Appellee**

### FROM THE 201ST DISTRICT COURT OF TRAVIS COUNTY
### NO. D-1-GN-22-002224, THE HONORABLE AMY CLARK MEACHUM, JUDGE PRESIDING

## O R D E R   A N D   M E M O R A N D U M   O P I N I O N

**PER CURIAM**

Appellants Alexander B. Backus, as Trustee of The Backus Revocable Trust; Dr. Christopher Hall; Leah Hall; John F. Darmanin as Trustee of The John F. Darmanin and Linda M. Darmanin Family Trust; Linda M. Darmanin as Trustee of The John F. Darmanin and Linda M. Darmanin Family Trust; and Dr. Darryl B. Thomas have filed a motion to abate this appeal for the entry of findings of fact and conclusions of law that were not issued by the district court after they timely requested them and notified the court that the findings and conclusions were past due. *See* Tex. R. Civ. P. 296, 297.

We grant appellants' motion, abate this appeal, and remand this cause to the district court for the entry of the necessary findings of fact and conclusions of law. *See Mustafa v. Asim*, No. 03-23-00018-CV, 2023 Tex. App. LEXIS 2749, at *1 (Tex. App.—Austin Apr. 27,

2023, no pet.) (mem. op.) (per curiam). We instruct the district-court clerk to prepare a supplemental record containing the findings of fact and conclusions of law. We further instruct appellants to file a motion to reinstate the appeal, a motion to extend the abatement, or a report advising us of the status of the case no later than September 24, 2024.

It is ordered on August 23, 2024.


Before Chief Justice Byrne, Justices Triana and Kelly

Abated and Remanded

Filed: August 23, 2024